IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALVIN ROBINSON                                                                           PLAINTIFF
ADC #95959

v.                        Case No. 5:16-cv-00233 KGB-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                      DEFENDANTS

## ORDER

The Court has received and reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe Volpe (Dkt. No. 24). The parties have not filed objections. After careful review of the proposed Findings and Recommendations, the Court concludes that the proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

It is therefore ordered that:

1. Defendants' motion for summary judgment is granted (Dkt. No. 19).

2. Plaintiff Alvin Robinson's complaint is dismissed without prejudice.

3. All other pending motions are denied as moot.

4. The Clerk of the Court is directed to amend the docket to correct the spelling of Defendant Wendy Kelley.

5. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 27th day of June, 2017.

Kristine G. Baker
United States District Judge