IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALVIN ROBINSON**  **PLAINTIFF**
**ADC #95959**

v. Case No. 5:16-cv-00233 KGB-JJV

**WENDY KELLEY, Director,**
**Arkansas Department of Correction;** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this date, this action is dismissed without prejudice.

It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 27th day of June, 2017.

_____
Kristine G. Baker
United States District Judge